JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GENARO JUAREZ, an individual and on behalf of all others similarly situated,

Plaintiff,

v.

CALMET SERVICES, INC. and CALMET PROPERTIES, LLC,

Defendants.

CV 21-8922 PA (RAOx)

JUDGMENT

Pursuant to the Court's February 18, 2022 Minute Order, which granted in part the Motion for Judgment on the Pleadings filed by defendants Calmet Services, Inc. and Calmet Properties, LLC (collectively "Defendants") after the Court, pursuant to Federal Rule of Civil Procedure 12(d), converted that Motion to a Motion for Partial Summary Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.    Defendants are entitled to judgment on the first, third, and seventh claims asserted in the Complaint filed by plaintiff Genaro Juarez ("Plaintiff") because those claims are preempted by section 301 of the Labor Management Relations Act; and

2.     Defendants are entitled to judgment on the second, fifth, sixth, and ninth claims to the extent they are based on and derivative of Plaintiff's preempted first, third, and seventh claims; and

3.     The Court, pursuant to 28 U.S.C. § 1367(c)(3), declines to exercise supplemental jurisdiction over Plaintiff's fourth and eighth claims and the second, fifth, sixth, and ninth claims to whatever extent they are based on and derivative of the fourth and eighth claims; and

4.     The Court exercises its discretion to remand the claims over which it has declined to exercise supplemental jurisdiction to Los Angeles Superior Court, Case No. Case No. 21STCV33668.

DATED: February 18, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE